AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 6:24-cr-91-AGM-NWH-7 |
| Isaiah J Hayes | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☒ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | United States Courthouse<br>401 W. Central Blvd<br>Orlando, Florida 32801 | Courtroom No.: | 4D |
|---|---|---|---|
|  |  | Date and Time: | February 10, 2026<br>9:30 AM |

This offense is briefly described as follows:

See Petition.

Date: January 21, 2026

*Tiffany Palmer*

*Issuing officer's signature*

Tiffany Palmer, Courtroom Deputy Clerk

*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 1/28/26

*Server's signature*

Leo Bogucki, Supervisory US Probation Officer

*Printed name and title*