# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v**                                                    **Case Number: 6:24-cr-91-AGM-NWH**

**ISAIAH J HAYES**

                                                          **USM Number: 11897-511**

                                                          **Aisha Nash, FPD**
                                                          **201 South Orange Avenue**
                                                          **Suite 300**
                                                          **Orlando, FL 32801**

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation

The defendant admitted guilt to Violation Charge Numbers One and Two of the terms of supervision.  The defendant is adjudicated guilty to these violation charge numbers:

| Violation Charge Numbers | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to make Restitution and Special Assessment payments | January 8, 2026 |
| Two | Failure to complete community service | January 8, 2026 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

June 2, 2026

_____
**ANNE-LEIGH GAYLORD MOE**
**UNITED STATES DISTRICT JUDGE**

**June 4_____, 2026**

AO 245B (Rev. 09/19) Judgment in a Criminal Case

**Isaiah J Hayes**
**6:24-cr-91-AGM-NWH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 MONTHS.**

The Court recommends to the Bureau of Prisons that the defendant:
1.  Be placed at FCI Coleman for familial proximity.
2.  Participate in any available educational and vocational opportunities.

The defendant is remanded to the custody of the United States Marshal.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

The defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

**Isaiah J Hayes**
**6:24-cr-91-AGM-NWH**

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **1 YEAR.**

## MANDATORY CONDITIONS

1.      You must not commit another federal, state, or local crime.
2.      You must not unlawfully possess a controlled substance.
3.      The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.
4.      You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
5.      You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.
6.      You must cooperate in the collection of DNA as directed by the probation officer.


The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the special conditions as follows.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

**Isaiah J Hayes**
**6:24-cr-91-AGM-NWH**

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.    You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.    After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.    You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.    You must answer truthfully the questions asked by your probation officer.
5.    You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.    You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.    You must work full time (at least 30 hours per week) at a lawful type of employment unless the probation officer excuses you from doing so.  If you do not have full-time employment, you must try to find full-time employment unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10    days  in  advance  is  not  possible  due  to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.    You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.    If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within **72 hours**.
10.    You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.    You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.    If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13.    You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.


Defendant's Signature:_____    Date:_____


AO 245B (Rev. 09/19) Judgment in a Criminal Case

**Isaiah J Hayes**
**6:24-cr-91-AGM-NWH**

## SPECIAL CONDITIONS OF SUPERVISED RELEASE

1.      The defendant shall cooperate in the collection of DNA, as directed by the probation officer.

2.      All previously imposed special conditions, and financial conditions remain in effect.